UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:12-00039 |
| | ) | JUDGE HAYNES |
| ERICKA BROADNAX | ) | |

## AGREED ORDER

In accordance with the order entered May 25, 2012 (D.E. 20) granting defendant's motion to re-schedule the status conference;

**IT IS HEREBY ORDERED** that the status conference in this matter is re-scheduled for June 29, 2012 at 1:00 p.m.

ENTERED this 22nd day of June, 2012.

_____
WILLIAM J. HAYNES, JR.
UNITED STATES DISTRICT JUDGE

ATTEST:

/s/ Dumaka Shabazz
Dumaka Shabazz
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
Attorney for Ericka Broadnax

By: /s/ Hilliard H. Hester, III, with permission
Hilliard H. Hester, III
Assistant United States Attorney for the
Middle District of Tennessee
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151