UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-cr-00039 |
| | ) | |
| | ) | CHIEF JUDGE HAYNES |
| ERICKA BROADNAX | ) | |

GOVERNMENT'S MOTION TO ASCERTAIN OR SET
NEW DATE AND TIME FOR GUILTY PLEA

The parties previously requested a two week continuance of the guilty plea hearing, which was granted by the Court but no new date and time was set. The government respectfully requests that the Court set a new date and time for the guilty plea hearing.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

**s/Hilliard H. Hester**
HILLIARD H. HESTER
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151