UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:12-00039 |
| | ) | CHIEF JUDGE HAYNES |
| | ) | |
| ERICKA BROADNAX | ) | |

## AGREED ORDER SETTING PLEA HEARING

In this cause, by agreement of the parties and with the approval of the Court, the plea hearing in this cause is hereby set for 11:00 a.m. on Friday, September 28, 2012.

Dates this the ____ day of September, 2012.

WILLIAM J. HAYNES
CHIEF JUDGE, U.S. DISTRICT COURT

APPROVED FOR ENTRY:

/s/ Dumaka Shabazz
Dumaka Shabazz
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203

/s/ Hilliard H. Hester III
Hilliard H. Hester III
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203